1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  JASON BALL,

12           Petitioner,           No. CIV S-08-2746 CMK P

13       vs.

14  JOHN MARSHALL, Warden,         <u>ORDER</u>

15           Respondent.

16  _____/

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

19  pauperis.  In his application, petitioner challenges a conviction issued by the Fresno County

20  Superior Court.  Fresno County is part of the Fresno Division of the United States District Court

21  for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

22           Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

23  the proper division of a court may, on the court's own motion, be transferred to the proper

24  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25  court.  This court will not rule on petitioner's request to proceed in forma pauperis.

26  / / /

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 | 2. This action is transferred to the United States District Court for the Eastern

4 | District of California sitting in Fresno; and

5 | 3. All future filings shall reference the new Fresno case number assigned and

6 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: November 20, 2008

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE